In The
 Court of Appeals
 Seventh District of Texas at Amarillo

--------------------------------------------------------------------------------
No. 07-13-00281-CV
 
 TOMMY AND MARTHA KEENER, APPELLANTS

 V.

 UNITED SUPERMARKETS, L.L.C., APPELLEE
 
--------------------------------------------------------------------------------
On Appeal from the 99th District Court
--------------------------------------------------------------------------------
Lubbock County, Texas
--------------------------------------------------------------------------------
Trial Court No. 2012-503,478, Honorable Leslie Hatch, Presiding 
 
 September 10, 2013
 
 MEMORANDUM OPINION
 
 Before bQUINN, C.J., and CAMPBELL and HANCOCK, JJ.
 
Pending before the court is appellants' motion to withdraw appeal wherein they state the notice was filed in error and they wish to withdraw the notice of appeal. Without passing on the merits of the case, we grant the motion to withdraw appeal and dismiss the appeal pursuant to Texas Rule of Appellate Procedure 42.1(a). Having dismissed the appeal at appellants' request, no motion for rehearing will be entertained, and our mandate will issue forthwith. 
 Per Curiam